IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

WALTER THOMAS, JR.                                             PLAINTIFF

v.                                                       Civil No.1:17cv64-HSO-JCG

ALLSTATE VEHICLE & PROPERTY
INSURANCE COMPANY, et al.                                DEFENDANTS

## ORDER OF RECUSAL

THIS MATTER COMES BEFORE THE COURT *sua sponte*, pursuant to Title 28 U.S.C. § 455. The undersigned, having reviewed this matter, finds that there are certain grounds under 28 U.S.C. § 455 which require that he be disqualified from further participation in the above captioned case.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the undersigned hereby recuses himself from further participation in this case.

**SO ORDERED AND ADJUDGED** this the 11th day of April, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE