# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**WALTER THOMAS, JR.**                                                     **PLAINTIFF**

**v.**                                                **CAUSE NO. 1:17CV64-LG-RHW**

**ALLSTATE VEHICLE & PROPERTY**
**INSURANCE COMPANY, ET AL.**                                    **DEFENDANTS**

## JUDGMENT

In accordance with the Court's Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of Defendant Allstate Vehicle and Property Insurance Company. Plaintiff's claims against Allstate Vehicle and Property Insurance Company are **DISMISSED** with prejudice.

**SO ORDERED AND ADJUDGED** this the 7th day of November, 2017.

                                       *s/ Louis Guirola, Jr.*
                                       LOUIS GUIROLA, JR.
                                       U.S. DISTRICT JUDGE